IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | CIVIL ACTION NOS. |
|---|---|
| KOOCHEMBERE | 02-1026 |
| FRIEDBERG | 02-1439 |
| DINGUS | 02-1528 |
| SHAW | 02-1575 |
| KINDRICK | 02-1614 |
| LOTT | 02-1615 |
| HAMILTON | 02-1941 |
| WAGNER | 02-1952 |
| BUSTAMANTE | 02-1966 |
| SCIME | 02-1979 |
| SAYLOR | 02-1996 |
| GRAHAM | 02-2202 |
| ARNETT | 02-2278 |
| SIMMONS | 02-2312 |
| TAYLOR | 02-2363 |
| BRESLIN | 02-2373 |
| TRAJANO | 02-2534 |
| DEBORSE | 02-3051 |
| PAUL | 02-3094 |
| CHRISTENSEN | 02-3102 |

VS.

BAYER CORPORATION, *et al.*

# **O R D E R**

**AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]  -  Order staying these proceedings pending disposition of a related action.

[   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[   ]    -    Interlocutory appeal filed.

[ X ]    -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Clifford Scott Green, Judge**